United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 20-11100-elf
Gretta Shortt-Oliver                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Pamela              Page 1 of 2              Date Rcvd: May 11, 2020
                              Form ID: 152              Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
```
db             +Gretta Shortt-Oliver,    7306 Woodbine Street,    Philadelphia, PA 19151-2211
14490044        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14471500       +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
14471501       +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14471506       +Fay Servicing Llc,    1601 Lbj Freeway,    Farmers Branch, TX 75234-6512
14474557       +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14471507       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14471508       +Frederic Weinberg Esquire,    375 E Elm Street,    suite 210,    Conshohocken, PA 19428-1973
14471509       +Macys/dsnb,    Po Box 8218,    Mason, OH 45040-8218
14471511       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
14474203       +SLC 2018-1 Trust,    C/O Rebecca Ann Solarz, Esq.,    KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14471517       +Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14498446        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14471519        Wf Crd Svc,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
14498150        Wilmington Savings Fund Society, et. al.,    P.O. Box 814609,    Dallas, TX 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 12 2020 03:06:50      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 12 2020 03:06:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14489573        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2020 03:12:58
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14471502        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 03:02:20
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
14471503       +E-mail/Text: bankruptcy@cavps.com May 12 2020 03:06:44      Cavalry Portfolio Serv,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
14491142       +E-mail/Text: bankruptcy@cavps.com May 12 2020 03:06:44      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14471504       +E-mail/PDF: creditonebknotifications@resurgent.com May 12 2020 03:01:59      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14500048        E-mail/Text: bnc-quantum@quantum3group.com May 12 2020 03:06:30
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14471505       +E-mail/Text: bankruptcy@sccompanies.com May 12 2020 03:05:26      Dr Leonards/carol Wrig,
                 Po Box 2845,    Monroe, WI 53566-8045
14493635       +E-mail/Text: bankruptcy@sccompanies.com May 12 2020 03:05:26      K. Jordan,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14497467        E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2020 03:02:00      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14491719        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 12 2020 03:01:37      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14493633       +E-mail/Text: bankruptcy@sccompanies.com May 12 2020 03:05:26      Massey's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14471510       +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 12 2020 03:01:37      Merrick Bank Corp,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14471512       +E-mail/Text: bankruptcy@sccompanies.com May 12 2020 03:07:00      Midnight Velvet,
                 1112 7th Ave,    Monroe, WI 53566-1364
14471513       +E-mail/Text: bankruptcy@sccompanies.com May 12 2020 03:07:00      Monroe And Main,
                 1112 7th Ave,    Monroe, WI 53566-1364
14471514       +E-mail/PDF: cbp@onemainfinancial.com May 12 2020 03:02:17      Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
14478074       +E-mail/PDF: cbp@onemainfinancial.com May 12 2020 03:01:33      Onemain,    PO Box 3251,
                 Evansville, IN 47731-3251
14492589        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 03:01:58
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14474697        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2020 03:06:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14471515        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 03:02:22
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
14491745       +E-mail/PDF: JCAP_BNC_Notices@jcap.com May 12 2020 03:06:43      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14471516       +E-mail/Text: samantha.vogt@razor-capital.com May 12 2020 03:06:58      Razor Capital II, LLC,
                 Headquarters,    8000 Norman Center Drive, #860,    Minneapolis, MN 55437-1174
14493698        E-mail/Text: jennifer.chacon@spservicing.com May 12 2020 03:06:58      SLC 2018-1 Trust, et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14471518       +E-mail/Text: bankruptcy@sccompanies.com May 12 2020 03:07:00      Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
```

```
District/off: 0313-2          User: Pamela              Page 2 of 2              Date Rcvd: May 11, 2020
                              Form ID: 152              Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14493634         +E-mail/Text: bankruptcy@sccompanies.com May 12 2020 03:05:26      Stoneberry,
                   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
                                                                                                TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
cr*             +Fay Servicing, LLC,   c/o McCalla Raymer Leibert Pierce, LLC,   Bankruptcy Dept,
                   1544 Old Alabama Road,   Roswell, GA 30076-2102
14491143*       +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:

```
              GEORGETTE  MILLER    on behalf of Debtor Gretta  Shortt-Oliver mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    SLC 2018-1 Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gretta Shortt−Oliver
    Debtor(s)

Case No: 20−11100−elf
Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 6/2/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

20
Form 152