# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-11100-ELF

GRETTA SHORTT-OLIVER

7306 WOODBINE STREET

PHILADELPHIA, PA 19151-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GRETTA SHORTT-OLIVER

7306 WOODBINE STREET

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER, ESQ
GEORGETTE MILLER LAW
100 CENTURY PARKWAY-STE #200
MT. LAUREL, NJ 08045-

Date: 6/4/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee