**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| GRETTA SHORTT-OLIVER, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 20-11100 |
| | : | |

## CERTIFICATION OF SERVICE

    I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtors' Amended Plan upon the following individuals listed below, by electronic means and/or first class mail on 10/13/2020.

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite# 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Gretta Shortt-Oliver
7306 Woodbine Ave.
Philadelphia, PA 19151

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS

And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                                    Respectfully Submitted,

                                                    /s/ Michelle Lee
                                                    Michelle Lee, Esquire
                                                    Margolis Edelstein
                                                    The Curtis Center
                                                    170 S. Independence Mall W.
                                                    Suite 400E
                                                    Philadelphia, PA 19106

{00392949;v1}