**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| In Re:<br>      Gretta P. Shortt-Oliver<br>           Debtors(s)<br><br>Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I c/o Fay Servicing, LLC<br>           Movant<br>vs.<br><br>Gretta P. Shortt-Oliver<br>           Respondents<br><br>William C. Miller, Chapter 13 Trustee<br>           Additional Respondent | Case Number: 20-11100-elf<br><br>CHAPTER: 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

      Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I c/o Fay Servicing, LLC has filed with the Court a Motion to approve deferment of July 2020 payment in order to proceed with its rights under non-bankruptcy law.

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

      1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 3, 2020 you or your attorney must do all of the following:

      (a) file an answer explaining your position with the Clerk's Office located in:

Clerk for the United States Eastern District of Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | 400 Washington Street, Suite 300<br>The Madison Building<br>Reading, PA 19601 |

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before that date stated above; and

  (b) mail a copy to movant's attorney:

      Stern & Eisenberg, PC
      1581 Main Street, Suite 200
      The Shops at Valley Square
      Warrington, PA 18976
      Telephone: (215) 572-8111
      Facsimile: (215) 572-5025

 and to the trustee:

      William C. Miller
      P.O. Box 1229
      Philadelphia, PA 19105

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attending the hearing, the court may enter an order granting the relief requested in this motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on December 22, 2020 at 1:00PM in Courtroom 1, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, Philadelphia, PA 19107.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at to find out whether the hearing has been canceled because no one filed an answer.

        Respectfully Submitted:

      By: /s/ Daniel P. Jones
        Daniel P. Jones, Esq.
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Facsimile: (215) 572-5025
        Bar Number: 321876
        djones@sterneisenberg.com

Date: November 20, 2020