# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| In Re:<br>Gretta P. Shortt-Oliver<br>        Debtors(s)<br><br>Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I c/o Fay Servicing, LLC<br>        Movant<br>vs.<br><br>Gretta P. Shortt-Oliver<br>        Respondents<br><br>William C. Miller, Chapter 13 Trustee<br>        Additional Respondent | Case Number: 20-11100-elf<br><br>CHAPTER: 13 |

## ORDER

AND NOW upon the motion of Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I c/o Fay Servicing, LLC as servicing agent (hereafter "Movant"), after notice and hearing, it is **ORDERED** that the Motion is **GRANTED** and he Movant is authorized to defer the July 2020 payment to the end of the loan term.

Date: 1/5/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**