**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Gretta Shortt-Oliver | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor,** | : | Bankruptcy No. 20-11100-pmm |

**Certificate of Service**

    Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Motion to Modify Plan and Notice thereof upon the following individuals listed below, by electronic notification, email and/or first class mail on August 26, 2024.

Kenneth West, Chapter 13 Trustee - VIA ELECTRONIC SERVICE

Daniel P Jones, Esq. – VIA ELECTRONIC SERVICE

Gretta Shortt-Oliver
306 Woodbine Ave.
Philadelphia, PA 19151

ALL ATTORNEYS OF RECORD
ALL PARTIES ON CLERK'S SERVICE LIST
ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the
ADDRESS LISTED ON FILED PROOFS OF CLAIMS
And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.

                                            Respectfully Submitted,

                                            /s/ Michelle Lee
                                            Michelle Lee, Esquire
                                            Dilworth Paxson LLP
                                            1500 Market Street, Suite 3500E
                                            Philadelphia, PA 19102