**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Gretta Shortt-Oliver | : | Chapter 13 |
| | : | |
| Debtor, | : | Bankruptcy No.  20-11100-pmm |

**NOTICE of Motion to Modify Plan**

Debtor, Gretta Shortt-Oliver, has filed a Motion to Modify Plan Post-Confirmation with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the Court to consider your views on the Motion, then on or before September 4, 2024, you or your attorney must file with the Court a written response at:

**U.S. Bankruptcy Court**
**900 Market Street**
**Philadelphia, PA 19107**
**Attn: Bankruptcy Clerk**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
**You must mail a copy to:**

**Michelle Lee, Esq.**
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

You or your attorney must attend the hearing scheduled to be held on September 24, 2024 a 1:00 PM – VIA ZOOM. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: **August 26, 2024**                             Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102