## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Gretta Shortt-Oliver** | **:** | **CHAPTER 13** |
| | **:** | |
| **DEBTOR(S),** | **:** | **CASE NO. 20-11100** |

### PRAECIPE TO WITHDRAW

To the Clerk,

Kindly withdraw Debtor's Notice of Motion to Modify Plan filed on August 26, 2024,

docket number 77.

Dated: August 26, 2024

Respectfully Submitted,

/s/ Michelle Lee

Michelle Lee, Esq.
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

{00362533;v1}