*Form 167* (1/25)–doc 105 – 104

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    ) <br>     Gretta P. Shortt–Oliver    ) <br>     ) <br>     ) <br>     Debtor(s).    ) <br>     ) <br>     ) | Case No. 20–11100–pmm <br><br> Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor U.S. Bank Trust National Association Filed by Gretta P. Shortt–Oliver

on: 4/16/25

at: 01:00 PM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107


Date: April 1, 2025

For The Court

Timothy B. McGrath
Clerk of Court