**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gretta Shortt-Oliver | CHAPTER 13 |
| DEBTOR(S) | BANKRUPTCY NO: 20-11100 |

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>March 3, 2025</u>, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated: March 17, 2025                    <u>/s/ Michelle Lee, Esq.</u>
                                         Dilworth Paxson LLP
                                         1650 Market Street, Suite 1200
                                         Philadelphia, PA 19103