# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| In Re:<br><br>Gretta P. Shortt-Oliver<br><br>                 Debtor(s) | Chapter 13<br><br>Case Number: 20-11100-pmm |
|---|---|

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

       U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Certification of Default filed on or about 03/24/2025, without prejudice.

Date: April 18, 2025

Respectfully Submitted,

   /s/ *Daniel P. Jones*
Daniel P. Jones    FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

### **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

**Date:** April 18, 2025

| | |
|---|---|
| Georgette Miller<br>170 S. Independence Mall W<br>Suite 400<br>Philadelphia, PA 19106<br>mlee@margolisedelstein.com<br>**Counsel for Debtor** | Kenneth E. West<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106<br>ecfemails@ph13trustee.com<br>**Bankruptcy Trustee** |

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Gretta P. Shortt-Oliver
7306 Woodbine Ave.
Philadelphia, PA 19151
**Debtor(s)**

By:                    /s/ Daniel P. Jones
                           Daniel P. Jones, Bar No: 321876
                           Stern & Eisenberg, PC
                           1581 Main Street, Suite 200
                           The Shops at Valley Square
                           Warrington, PA 18976
                           djones@sterneisenberg.com
                           Phone: 215-572-8111
                           Fax: (215) 572-5025
                           Counsel for Movant