**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Gretta P. Shortt-Oliver, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 20-11100 PMM |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Plan (doc. #74, the "Motion");

**AND** a hearing with regard to the Motion having been held and concluded on June 3, 2025;

**AND** for the reasons stated at the hearing;

It is hereby **ordered** that:

1) The Motion is **granted**;

2) The Amended Plan (doc. #122) is **approved**; and

3) The Debtor must pay the arrearage of $596.00 on or before **June 30, 2025**.

*[signature: Patricia M. Mayer]*

Date: 6/3/25

                                            **PATRICIA M. MAYER**
                                            **U.S. BANKRUPTCY JUDGE**