IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :  Chapter 13
Gretta Shortt-Oliver                                :
                                                    :  Case No. 20-11100
                                                    :
                        Debtor(s).                  :

### ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4480.00.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Dated: **December 10, 2025**

*Patricia M. Mayer*
Bankruptcy Judge