**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | GRETTA SHORTT-OLIVER |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Eastern District of Pennsylvania (State) |
| Case Number | 20-11100-PMM |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made   12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** FAY SERVICING, LLC

**Court claim no.** (if known): 21

**Last 4 digits** of any number you use to identify the debtor's account: 7 4 3 6

**Property Address:** 7306 WOODBINE AVENUE
Number   Street

Philadelphia     PA   19151
City             State  ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 87.15 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 87.15 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 3,352.07 |
| d. Total amount of arrearages disbursed by the trustee: | $ 3,439.22 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

Signature: ✗ /s/ Kenneth E. West    Date: 12/12/2025

Trustee: Kenneth E. West

Address: 190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Contact phone: (215) 627-1377    Email: info@ph13trustee.com

| Debtor 1 | GRETTA SHORTT-OLIVER | Case Number | 20-11100-PMM | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 21 | FAY SERVICING, LLC | Secured Arrears Mortgage | 04/12/2022 | 3008342 | Disbursement To Creditor/Principal | 87.15 |
| | | | | | Total for Claim Number 21: | 87.15 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **87.15** |

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 21-1 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016417 | Disbursement To Creditor/Principal | 1,343.73 |
| 21-1 | SELENE FINANCE LP | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017237 | Disbursement To Creditor/Principal | 2,008.34 |
| | | | | | Total for Claim Number 21-1: | 3,352.07 |
| | | | | | **Total for Part 3 - c (Postpetition Arrears):** | **3,352.07** |