United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-11100-pmm
Gretta P. Shortt-Oliver     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Dec 11, 2025     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gretta P. Shortt-Oliver, 7306 Woodbine Ave., Philadelphia, PA 19151-2211 |
| cr | + | Wilmington Savings Fund Society dba Christiana Tru, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 12 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2025 00:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 12 2025 00:44:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Dept, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 12 2025 00:44:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB |
| cr | | Wilmington Savings Fun Society dba Christiana Trus |
| cr | | Wilmington Savings Fund Society, FSB not individua |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 6 |
| Date: Dec 13, 2025 | Signature:    /s/Gustava Winters | |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

**Name**                    **Email Address**

DANIEL P. JONES
　　on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
　　on behalf of Creditor U.S. Bank Trust National Association djones@sterneisenberg.com  bkecf@sterneisenberg.com

DANIEL P. JONES
　　on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor SLC 2018-1 Trust bkgroup@kmllawgroup.com

JORDAN MATTHEW KATZ
　　on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION jkatz@raslg.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE LEE
　　on behalf of Debtor Gretta P. Shortt-Oliver bky@dilworthlaw.com

SHERRI DICKS
　　on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com

SHERRI DICKS
　　on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Gretta Shortt-Oliver | : | |
| | : | Case No. 20-11100 |
| | : | |
| Debtor(s). | : | |

## ORDER TO ALLOW COUNSEL FEES

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4480.00.

3. The Chapter 13 trustee is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

Dated: **December 10, 2025**

*Patricia M. Mayer*
Bankruptcy Judge