United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-11100-pmm
Gretta P. Shortt-Oliver  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Dec 15, 2025  Form ID: 138OBJ  Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gretta P. Shortt-Oliver, 7306 Woodbine Ave., Philadelphia, PA 19151-2211 |
| 14471516 | + | Razor Capital II, LLC, Headquarters, 8000 Norman Center Drive, #860, Minneapolis, MN 55437-1127 |
| 14474203 | + | SLC 2018-1 Trust, C/O Rebecca Ann Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553255 | + | Wilmington Savings Fund Society, c/o Daniel P. Jones, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 16 2025 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14490044 | | Email/PDF: bncnotices@becket-lee.com | Dec 16 2025 00:19:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14471500 | + | Email/PDF: bncnotices@becket-lee.com | Dec 16 2025 00:19:47 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14471501 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2025 00:19:53 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14489573 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2025 00:19:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14471502 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2025 00:19:51 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14471503 | + | Email/Text: bankruptcy@cavps.com | Dec 16 2025 00:11:00 | Cavalry Portfolio Serv, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14491142 | + | Email/Text: bankruptcy@cavps.com | Dec 16 2025 00:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14471504 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2025 00:19:47 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14471509 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2025 00:19:53 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14500048 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2025 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14471505 | + | Email/Text: bankruptcy@sccompanies.com | Dec 16 2025 00:11:00 | Dr Leonards/carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 14471506 | | Email/Text: ECF@fayservicing.com | Dec 16 2025 00:11:00 | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234 |
| 14669409 | | Email/Text: ECF@fayservicing.com | Dec 16 2025 00:11:00 | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14498150 | | Email/Text: ECF@fayservicing.com | | |

Case 20-11100-pmm    Doc 137    Filed 12/17/25    Entered 12/18/25 00:37:48    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 16 2025 00:11:00 | Wilmington Savings Fund Society, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |
| 14471507 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 16 2025 00:19:55 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14471508 | + | Email/Text: contact@fiwlaw.com | Dec 16 2025 00:11:00 | Frederic Weinberg Esquire, 375 E Elm Street, suite 210, Conshohocken, PA 19428-1973 |
| 14537774 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 16 2025 00:11:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14493635 | + | Email/Text: bankruptcy@sccompanies.com | Dec 16 2025 00:11:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14497467 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2025 00:19:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14474557 | | Email/Text: BankruptcyECFMail@mccalla.com | Dec 16 2025 00:11:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14491719 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2025 00:19:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14493633 | + | Email/Text: bankruptcy@sccompanies.com | Dec 16 2025 00:11:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14471510 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 16 2025 00:19:47 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14471511 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2025 00:11:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14471512 | + | Email/Text: bankruptcy@sccompanies.com | Dec 16 2025 00:11:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14471513 | + | Email/Text: bankruptcy@sccompanies.com | Dec 16 2025 00:11:00 | Monroe And Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14478074 | + | Email/PDF: cbp@omf.com | Dec 16 2025 00:19:51 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14471514 | + | Email/PDF: cbp@omf.com | Dec 16 2025 00:19:51 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14492589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2025 00:19:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14474697 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14471515 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2025 00:19:47 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14491745 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 16 2025 00:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14493698 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 16 2025 00:11:00 | SLC 2018-1 Trust, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14471517 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 16 2025 00:11:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14471518 | + | Email/Text: bankruptcy@sccompanies.com | Dec 16 2025 00:11:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14493634 | + | Email/Text: bankruptcy@sccompanies.com | Dec 16 2025 00:11:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14620138 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2025 00:19:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14956631 | + | Email/Text: bkteam@selenefinance.com | Dec 16 2025 00:11:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14961141 | + | Email/Text: RASEBN@raslg.com | Dec 16 2025 00:11:00 | U.S. Bank Trust National Association, Robertson Anschutz Schneid Crane & Partn, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14498446 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 16 2025 00:19:46 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14471519 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Dec 16 2025 00:19:51 | Wf Crd Svc, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14491143 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2025                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust not individually, but solely as Trustee for NYMT Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor SLC 2018-1 Trust bkgroup@kmllawgroup.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 15, 2025 | Form ID: 138OBJ | Total Noticed: 46 |

MICHELLE LEE
    on behalf of Debtor Gretta P. Shortt-Oliver bky@dilworthlaw.com

SHERRI DICKS
    on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com shrdlaw@outlook.com

SHERRI DICKS
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION sdicks@raslg.com shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 136 − 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     )
   Gretta P. Shortt−Oliver               )     Case No. 20−11100−pmm
                                        )
                                        )
   Debtor(s).                              )     Chapter: 13
                                        )
                                        )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                       900 Market Street
                           Suite 400
                     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: December 15, 2025                                                                     For The Court

                                                                                             Mohung Wong
                                                                                             Clerk of Court