United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gretta P. Shortt-Oliver  
    Debtor

Case No. 20-11100-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 16, 2026      Form ID: 3180W      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gretta P. Shortt-Oliver, 7306 Woodbine Ave., Philadelphia, PA 19151-2211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 17 2026 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14490044 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2026 00:45:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14489573 | + | EDI: AIS.COM | Jan 17 2026 05:29:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14491142 | + | Email/Text: bankruptcy@cavps.com | Jan 17 2026 00:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14500048 | | EDI: Q3G.COM | Jan 17 2026 05:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14537774 | + | EDI: IRS.COM | Jan 17 2026 05:29:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14493635 | + | EDI: CBS7AVE | Jan 17 2026 05:29:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14497467 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2026 00:45:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14491719 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 17 2026 00:45:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14493633 | + | EDI: CBS7AVE | Jan 17 2026 05:29:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14478074 | + | EDI: AGFINANCE.COM | Jan 17 2026 05:29:00 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 14492589 | | EDI: PRA.COM | Jan 17 2026 05:29:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14474697 | | EDI: PENNDEPTREV | Jan 17 2026 05:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14491745 | + | EDI: JEFFERSONCAP.COM | Jan 17 2026 05:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14493698 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2026 00:32:00 | SLC 2018-1 Trust, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: 3180W | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 14493634 | + EDI: CBS7AVE | | Jan 17 2026 05:29:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14956631 | + Email/Text: bkteam@selenefinance.com | | Jan 17 2026 00:31:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14498446 | EDI: WFCCSBK | | Jan 17 2026 05:29:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14491143 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2026                    Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

**Name**          **Email Address**

DANIEL P. JONES

on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES

on behalf of Creditor U.S. Bank Trust National Association djones@sterneisenberg.com  bkecf@sterneisenberg.com

DANIEL P. JONES

on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

DENISE ELIZABETH CARLON

on behalf of Creditor SLC 2018-1 Trust bkgroup@kmllawgroup.com

JORDAN MATTHEW KATZ

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION jkatz@raslg.com

JORDAN MATTHEW KATZ

on behalf of Creditor U.S. Bank Trust National Association jkatz@raslg.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE LEE

on behalf of Debtor Gretta P. Shortt-Oliver bky@dilworthlaw.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: 3180W | Total Noticed: 19 |

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

SHERRI DICKS
    on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com shrdlaw@outlook.com

SHERRI DICKS
    on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION sdicks@raslg.com shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Gretta P. Shortt–Oliver <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9099 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–11100–pmm | |

## Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gretta P. Shortt–Oliver

<u>1/16/26</u>                                                         **By the court:** <u>Patricia M. Mayer</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2