United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Gretta P. Shortt-Oliver

    Debtor

Case No. 20-11100-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Gretta P. Shortt-Oliver, 7306 Woodbine Ave., Philadelphia, PA 19151-2211

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank Trust National Association djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust National Association jkatz@raslg.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION jkatz@raslg.com |
| KENNETH E. WEST | |

District/off: 0313-2                          User: admin                                              Page 2 of 2

Date Rcvd: Jul 30, 2026                       Form ID: 195                                             Total Noticed: 1

                         ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

                         on behalf of Creditor SLC 2018-1 Trust bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MICHELLE LEE

                         on behalf of Debtor Gretta P. Shortt-Oliver bky@dilworthlaw.com  ksheronas@dilworthlaw.com

MICHELLE L. MCGOWAN

                         on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

SHERRI DICKS

                         on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION shrdlaw@outlook.com  shrdlaw@outlook.com

SHERRI DICKS

                         on behalf of Creditor U.S. Bank Trust National Association shrdlaw@outlook.com  shrdlaw@outlook.com

United States Trustee

                         USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 13


Gretta P. Shortt–Oliver                                   : Case No. 20–11100–pmm
            Debtor(s)


***ORDER***
_____


   AND NOW, this day , July 29, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                              By The Court

                              Patricia M. Mayer
                              Judge, United States Bankruptcy Court


                                                                        Form 195